UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Carlos Gurry-Rubio, | Case No.: 2:24-cv-00824-JAD-EJY |
| Petitioner | |
| v. | **Order Dismissing Action without Prejudice for Failure to Prosecute** |
| Alejandro Nicholas Mayorkas, *et al.*, | |
| Respondents | |

This is a habeas corpus action, under 42 U.S.C. § 2241, initiated on May 3, 2024, by Carlos Gurry-Rubio, who states that he is detained by Immigration and Customs Enforcement (ICE) at the Henderson Detention Center (HDC) in Henderson, Nevada.[1] Gurry-Rubio is represented by counsel.[2] On February 19, 2025, the Court issued a Notice Regarding Intent to Dismiss for Want of Prosecution Pursuant to Local Rule 41-1.[3] The notice stated, "If no action is taken in this case by 03/21/2025, the court shall enter an order of dismissal for want of prosecution."[4] Gurry-Rubio took no further action.

---

[1] ECF No. 1 at 1. Gurry-Rubio paid the $5 filing fee for this action. *Id*.

[2] *See id*.

[3] ECF No. 3. LR 41-1 states: "All civil actions that have been pending in this court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court *sua sponte* or on the motion of an attorney or *pro se* party."

[4] *Id*.

IT IS THEREFORE ORDERED that this action is **DISMISSED WITHOUT PREJUDICE for failure to prosecute**. The Clerk of the Court is directed to enter judgment accordingly and close this case.

_____
U.S. District Judge Jennifer A. Dorsey
July 17, 2025

2